# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: ELECTRONIC INNOVATIONS, INC. | § | Case No. 07-19740 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Northern District of Illinois

219 S. Dearborn

Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on May 26, 2011 in Courtroom 250, United States Courthouse, Kane County Courthouse

100 S. Third Street

Geneva, IL 60134.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/05/2011          By:  JOSEPH R. VOILAND

Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: ELECTRONIC INNOVATIONS, INC. | § | Case No. 07-19740 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $         58,821.60

*and approved disbursements of*     $              0.00

*leaving a balance on hand of*  [1]     $         58,821.60

**Balance on hand:**     $         58,821.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6S | Department of the Treasury | 45,112.10 | 41,379.66 | 0.00 | 41,379.66 |

Total to be paid to secured creditors:     $     41,379.66
Remaining balance:     $     17,441.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 6,191.03 | 0.00 | 6,191.03 |
| Trustee, Expenses - JOSEPH R. VOILAND | 527.79 | 0.00 | 527.79 |
| Attorney for Trustee, Fees - Joseph R. Voiland | 10,354.50 | 0.00 | 10,354.50 |
| Attorney for Trustee, Expenses - Joseph R. Voiland | 368.62 | 0.00 | 368.62 |

Total to be paid for chapter 7 administration expenses:     $     17,441.94
Remaining balance:     $          0.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $_____0.00

Remaining balance:  $_____0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | Department of the Treasury | 1,500.00 | 0.00 | 0.00 |

Total to be paid for priority claims:  $_____0.00

Remaining balance:  $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,021,744.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Giagnorio & Robertelli LTD | 972.00 | 0.00 | 0.00 |
| 2 | United Parcel Service | 967.41 | 0.00 | 0.00 |
| 3 | Mayo Clinic Store | 139.65 | 0.00 | 0.00 |
| 4 | ITU Inc. | 516.40 | 0.00 | 0.00 |
| 5 | Chase Bank USA, NA | 30,148.48 | 0.00 | 0.00 |
| 7S | JPMorgan Chase Bank, NA | 30,000.00 | 0.00 | 0.00 |
| 7U | JPMorgan Chase Bank, NA | 16,719.80 | 0.00 | 0.00 |
| 8 | JPMorgan Chase Bank, NA | 266,723.81 | 0.00 | 0.00 |
| 9 | John Haar | 65,000.00 | 0.00 | 0.00 |
| 10 | Alex Sugar | 250,000.00 | 0.00 | 0.00 |

| 11 | SteveSoukup/Soukup Plumbing | 42,500.00 | 0.00 | 0.00 |
| 12 | Shogren Performance Marine | 248,057.00 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:    <u>/s/JOSEPH R. VOILAND</u>

Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 07-19740-MB
Electronic Innovations, Inc.                                              Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina          Page 1 of 2          Date Rcvd: Apr 14, 2011
                             Form ID: pdf006         Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2011.
```
db          +Electronic Innovations, Inc.,   834 Fox Glen Drive,   Saint Charles, IL 60174-8823
aty         +Bradley S Covey,   Springer, Brown,Covey, Gaertner & Davis,   232 S Batavia Ave,
             Batavia, IL 60510-3169
aty         +Joseph R Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
tr          +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
11700636    +ADT,   Box 371967,   Pittsburgh, PA 15250-7967
11700638    +AMO Recoveries,   5655 Peachtree Parkway, Suite 213,   Norcross, GA 30092-2828
11700637    +Alex Sugar,   43 Highland Circle,   Wayland, MA 01778-1722
11700639    +Atlantic Palm Beach Amb Inc.,   PO Box 406649,   Atlanta, GA 30384-6649
11700640    +Benjamin & William,   5485 Expressway Drive North,   Holtsville, NY 11742-1311
11700641    +Bob Van Stavern,   2605 S. Jefferson,   Lebanon, MO 65536-5205
11700643    +Chase,   227 W. Monroe St.,   Suite 27,   Chicago, IL 60606-5081
11700642     Chase,   Box 9001022,   Louisville, KY 40290-1022
12114095     Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
11700645     Chase Business Visa,   PO Box 15153,   Wilmington, DE 19886-5153
11700646    +Chase Visa,   POB 15153,   Wilmington, DE 19886-5153
11700647    +Citibank,   PO Box 6537,   The Lakes, NV 88901-6537
11700649    +Currency Exchange,   151 N. Neltor Blvd.,   West Chicago, IL 60185-2315
11700655    +Freight Quote. Com,   16025 W. 113th St.,   Lenexa, KS 66219-5105
11700656    +Giagnorio & Robertelli LTD,   Gina B Krol/Cohen & Krol,   105 West Madiosn Street Ste 1100,
             Chicago, IL 60602-4600
11700657    +Harold Neises,   6 N 325 Essex,   Saint Charles, IL 60174-6583
11700660    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Department of the Treasury,   IRS,   P.O. Box 21126,
             Philadelphia, PA 19114)
11700661    +ITU Inc.,   2700 S. 160th Street,   New Berlin, WI 53151-3602
11700659    +Ice Mountain,   #215 6661 Dixie Hwy, Ste. 4,   Louisville, KY 40258-3950
11700663    +JP Morgan Chase,   c/o James Crowley,   350 N. LaSalle St., Ste. 900,   Chicago, IL 60654-5136
12309358    +JPMorgan Chase Bank, NA,   Attn: Ms. Suzanne Heffelman,   50 S. Main Street,
             Akron, Ohio 44308-1828
11700662    +Jarvis,   PO Box 10,   Medinah, IL 60157-0010
11700664    +John Haar,   865 Shoreline Rd.,   Barrington, IL 60010-3816
11700665    +Mayo Clinic,   21 Second Street West,   Suite 1-8,   Rochester, MN 55902-3094
11700666    +Mayo Clinic Store,   21 Second Street SW,   Rochester, MN 55902-3026
11700667    +Mercedes Benz Financial,   PO Box 9001921,   Louisville, KY 40290-1921
11700669    +Northwestern Medical,   38693 Eagle Way,   Chicago, IL 60678-1386
11700670    +Novadatacom, Inc.,   c/o Stephen R. Pickard, P.C.,   115 Oronoco St.,   Alexandria, VA 22314-2015
11700671    +Patzik, Frank & Samonty Ltd.,   150 S. Wacker Dr., Ste. 1500,   Chicago, IL 60606-4201
11700672    +RMS Collections,   300 Arboretum Pl.,   Richmond, VA 23236-3475
11700673    +Ron Bransky,   9 Longmeadow Dr.,   Barrington, IL 60010-9376
11700675    +Ronald & Susan Haugen,   322 W. Division St.,   Mazomanie, WI 53560-9338
11700676    +Ryan Communications,   4007 S. Arthur Ave.,   Brookfield, IL 60513-1928
11700677     SST,   PO Box 790079,   Saint Louis, MO 63179-0079
12314856    +Shogren Performance Marine,   c/o Novoselsky Law Offices,   120 N Lasalle #1400,
             Chicago, IL 60602-2414
11700678    +SteveSoukup/Soukup Plumbing,   826 E. North Ave.,   Glendale Heights, IL 60139-3522
11700679    +UPS,   PO Box 650580,   Dallas, TX 75265-0580
11798740    +United Parcel Service,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 4396,
             Timonium, Maryland 21094-4396,   Telephone Number: (410) 773-4029
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11700644    +Fax: 602-221-4614 Apr 14 2011 22:16:24     Chase Auto Finance,   POB 78067,
             Phoenix, AZ 85062-8067
11700658    +E-mail/Text: pgray@hinsdalebank.com Apr 14 2011 22:00:17     Hinsdale Bank,   25 E. First St.,
             Hinsdale, IL 60521-4119
11700668    +E-mail/Text: bankrup@nicor.com Apr 14 2011 21:59:24     Nicor Gas,   Box 416,
             Aurora, IL 60568-0001
                                                                                        TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11700651*   +Elizabeth Godinez,   834 Fox Glen Dr.,   Saint Charles, IL 60174-8823
11700652*   +Elizabeth Godinez,   834 Fox Glen Dr.,   Saint Charles, IL 60174-8823
11700653*   +Elizabeth Godinez,   834 Fox Glen Dr.,   Saint Charles, IL 60174-8823
11700654*   +Elizabeth Godinez,   834 Fox Glen Dr.,   Saint Charles, IL 60174-8823
11700674*   +Ron Bransky,   9 Longmeadow Dr.,   Barrington, IL 60010-9376
11700648    ##+Crown Lift Truck,   430 E. Plainfield Rd.,   La Grange, IL 60525-6910
11700650    ##+Elizabeth Godinez,   834 Fox Glen Dr.,   Saint Charles, IL 60174-8823
                                                                        TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: nmolina          Page 2 of 2          Date Rcvd: Apr 14, 2011
                             Form ID: pdf006         Total Noticed: 45
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2011**                    **Signature:**