**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: ELECTRONIC INNOVATIONS, INC.     § Case No. 07-19740
§
§
Debtor(s)                                § 

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,697,952.33 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $41,381.01 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $17,441.94 | |

3) Total gross receipts of $ 58,822.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $58,822.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $45,112.10 | $41,379.66 | $41,381.01 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,718.82 | 17,441.94 | 17,441.94 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 1,500.00 | 1,500.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 1,021,744.55 | 1,021,744.55 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,075,075.47 | $1,082,066.15 | $58,822.95 |

    4) This case was originally filed under Chapter 7 on October 24, 2007. The case was pending for 45 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/11/2011     By: /s/JOSEPH R. VOILAND
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| fraudulent transfer claim - Paracha | 1241-000 | 11,250.00 |
| fraudulent transfer claim - Cinkus | 1241-000 | 22,500.00 |
| fraudulent transfer claim - Anthony Godinez | 1241-000 | 20,000.00 |
| fraudulent transfer - Motorwerks | 1241-000 | 5,000.00 |
| Interest Income | 1270-000 | 72.95 |
| **TOTAL GROSS RECEIPTS** | | **$58,822.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Department of the Treasury | 4300-000 | N/A | 45,112.10 | 41,379.66 | 41,381.01 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$45,112.10** | **$41,379.66** | **$41,381.01** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 6,191.03 | 6,191.03 | 6,191.03 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 527.79 | 527.79 | 527.79 |
| Joseph R. Voiland | 3110-000 | N/A | 0.00 | 10,354.50 | 10,354.50 |
| Joseph R. Voiland | 3120-000 | N/A | 0.00 | 368.62 | 368.62 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 6,718.82 | 17,441.94 | 17,441.94 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Department of the Treasury | 5800-000 | N/A | 1,500.00 | 1,500.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 1,500.00 | 1,500.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Giagnorio & Robertelli LTD | 7100-000 | N/A | 972.00 | 972.00 | 0.00 |
| 2 | United Parcel Service | 7100-000 | N/A | 967.41 | 967.41 | 0.00 |
| 3 | Mayo Clinic Store | 7100-000 | N/A | 139.65 | 139.65 | 0.00 |
| 4 | ITU Inc. | 7100-000 | N/A | 516.40 | 516.40 | 0.00 |
| 5 | Chase Bank USA, NA | 7100-000 | N/A | 30,148.48 | 30,148.48 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7S | JPMorgan Chase Bank, NA | 7100-000 | N/A | 30,000.00 | 30,000.00 | 0.00 |
| 7U | JPMorgan Chase Bank, NA | 7100-000 | N/A | 16,719.80 | 16,719.80 | 0.00 |
| 8 | JPMorgan Chase Bank, NA | 7100-000 | N/A | 266,723.81 | 266,723.81 | 0.00 |
| 9 | John Haar | 7100-000 | N/A | 65,000.00 | 65,000.00 | 0.00 |
| 10 | Alex Sugar | 7100-000 | N/A | 250,000.00 | 250,000.00 | 0.00 |
| 11 | SteveSoukup/Soukup Plumbing | 7100-000 | N/A | 112,500.00 | 112,500.00 | 0.00 |
| 12 | Shogren Performance Marine | 7100-000 | N/A | 248,057.00 | 248,057.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 1,021,744.55 | 1,021,744.55 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-19740  **Trustee:** (330380) JOSEPH R. VOILAND
**Case Name:** ELECTRONIC INNOVATIONS, INC.  **Filed (f) or Converted (c):** 10/24/07 (f)
 **§341(a) Meeting Date:** 12/03/07
**Period Ending:** 08/11/11  **Claims Bar Date:** 06/10/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account - Chase Bank | 38.00 | 38.00 | DA | 0.00 | FA |
| 2 | acct . rec. - Tasken Financial | 1,500,000.00 | 1,500,000.00 | DA | 0.00 | FA |
| 3 | acct. rec. - Geneva Collision Center/Ziebart  (u) | 270,000.00 | 270,000.00 | | 0.00 | FA |
| 4 | counterclaim -  Shogren v. Godinez | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 5 | spraybooth and frame machine | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | fraudulent transfer claim - Paracha  (u) | 25,000.00 | 25,000.00 | | 11,250.00 | FA |
| 7 | fraudulent transfer claim - Cinkus  (u) | 278,909.88 | 278,909.88 | | 22,500.00 | FA |
| 8 | fraudulent transfer claim - Eliz. Godinez  (u) | 117,914.33 | 117,914.33 | DA | 0.00 | FA |
| 9 | fraudulent transfer claim - Anthony  Godinez  (u) | 53,434.33 | 53,434.33 | | 20,000.00 | FA |
| 10 | fraudulent transfer - Motorwerks  (u) | Unknown | 150,000.00 | | 5,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 72.95 | Unknown |
| **11** | **Assets**   **Totals** (Excluding unknown values) | **$2,325,296.54** | **$2,445,296.54** | | **$58,822.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 15, 2009   **Current Projected Date Of Final Report (TFR):**    April 15, 2011

Printed: 08/11/2011 04:46 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-19740  
**Case Name:** ELECTRONIC INNOVATIONS, INC.  
**Taxpayer ID #:** **-***8657  
**Period Ending:** 08/11/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****97-19 - Time Deposit Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/09 | | FUNDING ACCOUNT: ********9765 | | 9999-000 | 25,000.00 | | 25,000.00 |
| 06/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,003.08 |
| 07/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,006.27 |
| 08/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,009.35 |
| 09/04/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,012.43 |
| 10/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,015.62 |
| 11/04/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,018.71 |
| 12/04/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,021.79 |
| 01/04/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,024.98 |
| 02/03/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,028.06 |
| 03/05/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,031.15 |
| 04/05/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,034.34 |
| 05/05/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,037.43 |
| 05/07/10 | | Transfer out to account ********9765 | Transfer out to account ********9765 | 9999-000 | -25,037.43 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -37.43 | 0.00 | |
| | | | **Subtotal** | | 37.43 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37.43** | **$0.00** | |

{} Asset reference(s)

Printed: 08/11/2011 04:46 PM  V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-19740 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | ELECTRONIC INNOVATIONS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****97-65 - Money Market Account |
| Taxpayer ID #: | **-***8657 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 08/11/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/24/08 | {9} | Richards, Ralph & Schwab, Chartered | settlement proceeds for purchase of BMW per Court order of 11/20/2008 | 1241-000 | 20,000.00 | | 20,000.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 0.05 | | 20,000.05 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.41 | | 20,001.46 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.81 | | 20,002.27 |
| 02/09/09 | {6} | Pakus Management LLC | installment payment - Paracha | 1241-000 | 5,000.00 | | 25,002.27 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.87 | | 25,003.14 |
| 03/02/09 | {6} | Najia Mian | installment payment - Paracha | 1241-000 | 1,000.00 | | 26,003.14 |
| 03/30/09 | {6} | Najia Mian | Paracha  installment payment | 1241-000 | 1,000.00 | | 27,003.14 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.12 | | 27,004.26 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.10 | | 27,005.36 |
| 05/05/09 | {7} | Route 38 Collision & Paint | Cinkus - partial payment | 1241-000 | 5,000.00 | | 32,005.36 |
| 05/05/09 | {6} | Umar Paracha | paracha - partial payment | 1241-000 | 1,000.00 | | 33,005.36 |
| 05/05/09 | | ACCOUNT FUNDED: ********9719 | | 9999-000 | | 25,000.00 | 8,005.36 |
| 05/22/09 | {6} | Umar Paracha | partial payment | 1241-000 | 1,000.00 | | 9,005.36 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 9,005.79 |
| 06/15/09 | {7} | Route 38 Collision & Paint, Inc. | installment payment - Cinkus | 1241-000 | 1,000.00 | | 10,005.79 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.41 | | 10,006.20 |
| 07/06/09 | {6} | Umar F. Paracha | partial payment | 1241-000 | 1,000.00 | | 11,006.20 |
| 07/19/09 | {7} | Route 38 Collision & Paint | installment payment | 1241-000 | 1,000.00 | | 12,006.20 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.46 | | 12,006.66 |
| 08/07/09 | {6} | Naja Mian | settlement proceeds | 1241-000 | 1,250.00 | | 13,256.66 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.54 | | 13,257.20 |
| 09/24/09 | {7} | Route 38 Collision & Paint, Inc. | installment payments (Aug. and Sept., 2009) | 1241-000 | 2,000.00 | | 15,257.20 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.55 | | 15,257.75 |
| 10/13/09 | {7} | Route 38 Collision & Paint, Inc. | installment payment | 1241-000 | 1,000.00 | | 16,257.75 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.63 | | 16,258.38 |
| 11/22/09 | {7} | Donald Cinkus | installment payment | 1241-000 | 1,000.00 | | 17,258.38 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.69 | | 17,259.07 |
| 12/24/09 | {7} | Route 38 Collision & Paint, Inc. | installment payment - Cinkus | 1241-000 | 1,000.00 | | 18,259.07 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.73 | | 18,259.80 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.72 | | 18,260.52 |
| 02/20/10 | {7} | Route 38 Collision & Paint, Inc. | installment payment - Cinkus | 1241-000 | 1,000.00 | | 19,260.52 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.69 | | 19,261.21 |
| 03/05/10 | {7} | Route 38 Collision & Paint, Inc. | installment payment | 1241-000 | 1,000.00 | | 20,261.21 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.89 | | 20,262.10 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.52 | | 20,262.62 |

Subtotals :    $45,262.62    $25,000.00

{} Asset reference(s)    Printed: 08/11/2011 04:46 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-19740
**Case Name:** ELECTRONIC INNOVATIONS, INC.

**Taxpayer ID #:** **-***8657
**Period Ending:** 08/11/11

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****97-65 - Money Market Account
**Blanket Bond:** $50,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire out to BNYM account 9200******9765 | Wire out to BNYM account 9200******9765 | 9999-000 | -20,262.62 | | 0.00 |
| 05/07/10 | | Transfer in from account ********9719 | Transfer in from account ********9719 | 9999-000 | 25,037.43 | | 25,037.43 |
| 05/07/10 | | Wire out to BNYM account 9200******9719 | Wire out to BNYM account 9200******9719 | 9999-000 | -25,037.43 | | 0.00 |
| | | | ACCOUNT TOTALS | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | -20,262.62 | 25,000.00 | |
| | | | **Subtotal** | | 45,262.62 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$45,262.62** | **$0.00** | |

{} Asset reference(s)

Printed: 08/11/2011 04:46 PM　V.12.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-19740  
**Case Name:** ELECTRONIC INNOVATIONS, INC.  
**Taxpayer ID #:** **-***8657  
**Period Ending:** 08/11/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-19 - Trustee Investment Acct  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | 9999-000 | 25,037.43 | | 25,037.43 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 2.57 | | 25,040.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,043.08 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.20 | | 25,046.28 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.18 | | 25,049.46 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,049.66 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,049.87 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,050.07 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,050.28 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,050.49 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,050.68 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,050.89 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 25,051.02 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 25,051.08 |
| 05/27/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 25,051.25 |
| 06/12/11 | | Mellon Bank | transfer of funds for distribution | 9999-000 | | -25,051.25 | 50,102.50 |
| 06/12/11 | | Mellon Bank | transfer funds and error adjustment | 9999-000 | | 50,102.50 | 0.00 |
| | | | ACCOUNT TOTALS | | 25,051.25 | 25,051.25 | $0.00 |
| | | | Less: Bank Transfers | | 25,037.43 | 25,051.25 | |
| | | | Subtotal | | 13.82 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13.82 | $0.00 | |

{} Asset reference(s)

Printed: 08/11/2011 04:46 PM   V.12.54

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 07-19740  
**Case Name:** ELECTRONIC INNOVATIONS, INC.  
**Taxpayer ID #:** **-***8657  
**Period Ending:** 08/11/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | 9999-000 | 20,262.62 | | 20,262.62 |
| 04/21/10 | {7} | Route 38 Collision & Paint, Inc. | installment payment | 1241-000 | 1,000.00 | | 21,262.62 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 21,263.06 |
| 05/25/10 | {7} | Route 38 Collision & Paint, Inc. | installment payment | 1241-000 | 1,000.00 | | 22,263.06 |
| 05/25/10 | {10} | Dimonte & Lizak, LLC | settlement proceeds - Motor Werks | 1241-000 | 5,000.00 | | 27,263.06 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.32 | | 27,264.38 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.57 | | 27,265.95 |
| 07/20/10 | {7} | Route 38 Collision & Paint, Inc. | installment payment | 1241-000 | 2,000.00 | | 29,265.95 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.66 | | 29,267.61 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.74 | | 29,269.35 |
| 09/24/10 | {7} | Conald Cinkus | installment payment | 1241-000 | 1,000.00 | | 30,269.35 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 30,269.59 |
| 10/21/10 | {7} | Route 38 Collision & Paint, Inc | installment payment - Cinkus | 1241-000 | 1,000.00 | | 31,269.59 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 31,269.84 |
| 11/23/10 | {7} | Route 38 Collision & Paint, Inc. | installment payment (final) | 1241-000 | 3,500.00 | | 34,769.84 |
| 11/23/10 | 11001 {7} | Donald Cinkus | refund of overpayment | 1241-000 | -1,000.00 | | 33,769.84 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 33,770.10 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 33,770.39 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 33,770.67 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 33,770.92 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 33,771.20 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 33,771.47 |
| 05/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.23 | | 33,771.70 |
| 05/25/11 | | To Account #9200******9766 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 33,771.70 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 33,771.70 | 33,771.70 | $0.00 |
| | | | Less: Bank Transfers | | 20,262.62 | 33,771.70 | |
| | | | **Subtotal** | | 13,509.08 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,509.08** | **$0.00** | |

{} Asset reference(s)

Printed: 08/11/2011 04:46 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 07-19740  
**Case Name:** ELECTRONIC INNOVATIONS, INC.  
**Taxpayer ID #:** **-***8657  
**Period Ending:** 08/11/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ / Disbursements $ | Checking Account Balance |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/11 | | From Account #9200******9765 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 33,771.70 | | 33,771.70 |
| 05/26/11 | 101 | Department of the Treasury | Dividend paid 100.00% on $41,379.66; Claim# 6S; Final distribution Voided on 06/12/11 | 4300-000 | | 41,379.66 | -7,607.96 |
| 05/26/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $6,191.03, Trustee Compensation; Reference: | 2100-000 | | 6,191.03 | -13,798.99 |
| 05/26/11 | 103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $527.79, Trustee Expenses; Reference: | 2200-000 | | 527.79 | -14,326.78 |
| 05/26/11 | 104 | Joseph R. Voiland | Dividend paid 100.00% on $10,354.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,354.50 | -24,681.28 |
| 05/26/11 | 105 | Joseph R. Voiland | Dividend paid 100.00% on $368.62, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 368.62 | -25,049.90 |
| 05/26/11 | 106 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided on 06/12/11 | 5800-000 | | 1.18 | -25,051.08 |
| 06/12/11 | | Mellon Bank | transfer of funds from TDA | 9999-000 | 25,051.25 | | 0.17 |
| 06/12/11 | 101 | Department of the Treasury | Dividend paid 100.00% on $41,379.66; Claim# 6S; Final distribution Voided: check issued on 05/26/11 | 4300-000 | | -41,379.66 | 41,379.83 |
| 06/12/11 | 106 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided: check issued on 05/26/11 | 5800-000 | | -1.18 | 41,381.01 |
| 06/12/11 | 107 | Department of the Treasury | payment of secured tax claim | 4300-000 | | 41,381.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 58,822.95 | 58,822.95 | $0.00 |
| | | | Less: Bank Transfers | | 58,822.95 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 58,822.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$58,822.95** | |

{} Asset reference(s)

Printed: 08/11/2011 04:46 PM  V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 07-19740  
**Case Name:** ELECTRONIC INNOVATIONS, INC.  
**Taxpayer ID #:** **-***8657  
**Period Ending:** 08/11/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****97-19 | 37.43 | 0.00 | 0.00 |
| MMA # ***-*****97-65 | 45,262.62 | 0.00 | 0.00 |
| TIA # 9200-******97-19 | 13.82 | 0.00 | 0.00 |
| MMA # 9200-******97-65 | 13,509.08 | 0.00 | 0.00 |
| Checking # 9200-******97-66 | 0.00 | 58,822.95 | 0.00 |
| | **$58,822.95** | **$58,822.95** | **$0.00** |

{} Asset reference(s)

Printed: 08/11/2011 04:46 PM    V.12.54